No. 88–1503. CRUZAN, BY HER PARENTS AND CO-GUARDIANS, CRUZAN ET UX. v. DIRECTOR, MISSOURI DEPARTMENT OF

HEALTH, ET AL. Sup. Ct. Mo. [Certiorari granted, 492 U. S. 917.] Motion of respondent Thad C. McCanse, Guardian ad Litem, for divided argument denied.